*Cox & Associates, LLC*
Brian D. Cox OSB No. 90240
142 West 8th Avenue
Eugene, Oregon 97401
Telephone: (541) 683-7151
Facsimile:  (541) 485-7742
bcox@coxassociates.info

Of Attorneys for Plaintiff US National Association, as Trustee for the Holders of Bear Stearns Alt-A Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| US NATIONAL ASSOCIATION, as Trustee for the Holders of Bear Stearns Alt-A Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3<br>　　　　　　　Plaintiffs,<br>　vs.<br>ZANDY BUTLER, CHARITY M. BUTLER, and ALL OCCUPANTS OF ADDRESS: 10387<br>10387 SOUTHEAST CRESCENT DRIVE, PORTLAND,  OREGON, 97266<br>　　　　　　　Defendants. | No. 3:12-CV-00314-AC<br><br>NOTICE OF APPEARANCE |

TO:  Court Clerk and all parties in interest

PLEASE TAKE NOTICE that Brian D. Cox / *Cox & Associates, LLC* hereby appears in this matter as attorney associated with Plaintiff's counsel-of-record for Plaintiff US National Association, as Trustee for the Holders of Bear Stearns Alt-A Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3. All further notices and copies of pleadings, correspondence and other communications or material relevant to this action should be also be directed to:

| | |
|---|---|
| Brian D. Cox<br>*Cox & Associates, LLC*<br>142 West 8th Avenue<br>Eugene, Oregon 97401 | Telephone: (541) 683-7151<br>Facsimile:  (541) 485-7742<br>*bcox@coxassociates.info* |

Dated this 11th day of April, 2012.

　　　　　　　　　　　　　　　　　　　/s/ *Brian D. Cox*
　　　　　　　　　　　　　　　　　　　Brian D. Cox, OSB No. 90240
　　　　　　　　　　　　　　　　　　　Of Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　142 West 8th Avenue
　　　　　　　　　　　　　　　　　　　Eugene, Oregon 97401
　　　　　　　　　　　　　　　　　　　Tel: (541) 683-7151 Fax: (541) 485-7742
　　　　　　　　　　　　　　　　　　　E-mail: bcox@coxassociates.info

**Page 1 – NOTICE OF APPEARANCE [US NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ALT-A TRUST 2006-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3]**

**Declaration of Service**

I hereby certify that on this date I electronically filed the Foregoing *Notice of Appearance* with the Clerk of the Court using the *CM/ECF* system which will send notification of such filing to the following:

>Janaya L. Carter
>13555 SE 36th Street, Suite 300
>Bellevue, Washington 98006
>jcarter@rcolegal.com
>Of Attorneys for Plaintiff

and delivered the foregoing *Notice of Appearance* to each defendant by causing a true and complete copy to be placed in an envelope with postage prepaid and placed for delivery with the US Postal Service at Eugene, Oregon, addressed to:

>Zandy Butler
>10387 SE Crescent Ridge Drive
>Portland, Oregon 97266

>Charity M. Butler
>10387 SE Crescent Ridge Drive
>Portland, Oregon 97266

>Miles J. Julison
>10605 SE 240th Street
>Kent, Washington 98031

Dated this 11th day of April, 2012.

>/s/ Brian D. Cox
>Brian D. Cox, OSB No. 90240    Of Attorneys for Plaintiff
>142 West 8th Avenue
>Eugene, Oregon 97401
>Tel: (541) 683-7151 Fax: (541) 485-7742
>E-mail: bcox@coxassociates.info